UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 20-80 |
| JAMES WILLIAMS | SECTION: "I" |

## ORDER TO SURRENDER

**IT IS HEREBY ORDERED** that **James Williams**, the defendant, having been sentenced in the above case to the custody of the Bureau of Prisons, is hereby ordered to surrender himself to the designated institution on or before _12:00 p.m. (NOON)_ on _Monday, April 17, 2023_.

**IT IS FURTHER ORDERED** that the Probation Officer of this Court advise the defendant of the name and location of the institution in which he is to serve his sentence within a reasonable period of time prior to the time and date that he is to report to the institution.

New Orleans, Louisiana, this 15th day of February, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine, or both.

_____  _____
(Attorney/Witness)                    (Defendant)

Distribution:
    Original - Clerk's Office
    1 Certified Copy    - United States Attorney's Office
    1 Certified Copy    - United States Marshal's Office
    2 Certified Copies  - United States Probation Office